UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                        )<br>)<br>GABRIEL HERNANDEZ                  ) | CRIMINAL NO. 04-10290-MEL<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1)<br>Felon in Possession of<br>Firearm and Ammunition |

<u>INDICTMENT</u>

<u>COUNT ONE</u>:    (18 U.S.C. § 922(g)(1) - Felon in Possession of
                Firearm and Ammunition)

The Grand Jury charges that:

On or about July 25, 2002, at Lowell, in the District of Massachusetts,

GABRIEL HERNANDEZ,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a Stoeger Arms .22 caliber pistol bearing serial number 28798 and several rounds of ammunition,

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


_____
JOHN A. CAPIN
Assistant United States Attorneys


DISTRICT OF MASSACHUSETTS                September 22, 2004


Returned into the District Court by the Grand Jurors and filed.


*[signature]* Thomas F. Quinn
Deputy Clerk
9/22/04 @ 2:15 pm

JS 45 (5/97) - (Revised USAO MA 1/15/04)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** US    **Category No.** II    **Investigating Agency** ATF

**City** Lowell    **Related Case Information:**

**County** Middlesex    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** GABRIEL HERNANDEZ    Juvenile [ ] Yes [X] No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** 1964   **SSN (last 4 #):** ___   **Sex** M   **Race:** Hispanic   **Nationality:** USA

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** JOHN A. CAPIN    **Bar Number if applicable** _____

**Interpreter:** [ ] Yes [X] No    **List language and/or dialect:** _____

**Matter to be SEALED:** [ ] Yes [X] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

## Location Status:

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody   Old Colony Corr'l Ctr   [ ] Serving Sentence   [x] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   [ ] Complaint   [ ] Information   [X] Indictment

**Total # of Counts:**   [ ] Petty ___   [ ] Misdemeanor ___   [X] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9-22-04    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    **GABRIEL HERNANDEZ**

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC §922(g)(1) | Felon in Possession of Firearm and | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

ADDITIONAL INFORMATION: _____

JS 45 Form.wpd - 1/15/04 (USAO-MA)