UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.       ) | CRIMINAL NO. 04-10290-MEL |
| ) | |
| GABRIEL HERNANDEZ ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America by and through Assistant United States Attorney John A. Capin respectfully represents:

1. That GABRIEL HERNANDEZ is presently incarcerated at the Middlesex County Jail, 40 Thorndike Street, Cambridge, Massachusetts, and that on March 16, 2005, he will be incarcerated at that institution.

2. That on September 22, 2004 GABRIEL HERNANDEZ was charged by way of an indictment in the above-captioned case on a charge of possession of a firearm and ammunition by a felon.

3. That GABRIEL HERNANDEZ is scheduled to appear in United States District Court in Boston, Massachusetts for the purpose of arraignment in this case on March 16, 2005, at 10:00 a.m., as scheduled by the Court.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to be directed to the Warden, Middlesex County Jail, 40 Thorndike Street, Cambridge, Massachusetts, or to any other person having custody and control of GABRIEL HERNANDEZ commanding them to produce GABRIEL HERNANDEZ before the United States District Court, District of

Massachusetts, 1 Courthouse Way, Boston, Massachusetts, for the purpose of arraignment in this case on March 16, 2005, at 10:00 a.m.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                      United States Attorney

                    By:  _____
                          JOHN A. CAPIN
                          Assistant U.S. Attorney
                          (617) 748-3264

ALLOWED:

_____
JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE