UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: The Superintendent
  Middlesex County House of Corrections
  40 Thorndike Street
  Cambridge, MA

YOU ARE COMMANDED to have the body of **GABRIEL HERNANDEZ** (D.O.B.:\*\*/\*\*/64; SS#:\*\*\*-\*\*-\*\*\*\*) now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Courtroom No. **24**, on the **7th** floor, Boston, Massachusetts on **March 16, 2005,** at **10:00 A.M.** for the purpose of an **initial appearance on indictment** in the case of UNITED STATES OF AMERICA v. **GABRIEL HERNANDEZ**, et al. CR Number 04-10290 MEL. And you are to retain the body of said **GABRIEL HERNANDEZ** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **GABRIEL HERNANDEZ** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 11th day of March, 2005.

　　　　　　　　　　　　　　　　　HONORABLE JOYCE LONDON ALEXANDER
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

　　　　　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　/S/ Rex Brown
　　　　　　　　　　　　　　　　　Courtroom Clerk