AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

GABRIEL HERNANDEZ

**WARRANT FOR ARREST**

CASE NUMBER: 04-10290-MEL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  GABRIEL HERNANDEZ
                                              Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

FELON IN POSSESSION OF FIREARM AND AMMUNITION

in violation of Title __18__ United States Code, Section(s) 922(g)(1)

Sheila Diskes                                    Operations Supervisor
Name of Issuing Officer                           Title of Issuing Officer

Sheila Diskes                                    9-22-04  BOSTON, MASSACHUSETTS
Signature of Issuing Officer                      Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/16/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

(Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 SEP 23 A 10:29)