UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) ) CRIMINAL NO. 04-10290-MEL |
| GABRIEL HERNANDEZ | ) ) ) |

**ASSENTED-TO MOTION FOR THREE-WEEK EXTENSION OF TIME
TO FILE OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS**

The United States of America, with the assent of the defendant, hereby moves the Court to extend by three weeks – until September 12, 2005 – the period within which the government may file an opposition to the Motion to Dismiss filed by the defendant on August 8, 2005. As grounds, the government states that, due to the press of other business, undersigned counsel has been unable to prepare such an opposition to date. Moreover, the undersigned has plans to be out of the office from August 29 until September 6, 2005. No hearing date has been scheduled on the Motion to Dismiss.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ John A. Capin

JOHN A. CAPIN
Assistant U.S. Attorney
(617)748-3264