UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: Superintendent of Billerica House of Correction, 269 Treble Cove Rd., Billerica, Ma.

YOU ARE COMMANDED to have the body of __Gabriel Hernandez__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __8__, on the __3rd__ floor, Boston, Massachusetts on __May 4, 2006__, at __10:00__ A. M. for the purpose of __Disposition__

in the case of    UNITED STATES OF AMERICA V.  __Gabriel Hernandez__

CR Number __04-10290__

And you are to retain the body of said __Gabriel Hernandez__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Gabriel Hernandez__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __28__ day of __April, 2006__.

UNITED STATES DISTRICT JUDGE

SARAH A. THORNTON
CLERK OF COURT

By: __/s/ George H. Howarth__
      Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)