# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: Superintendent of M.C.I Concord, 965 Elm St., P.O. Box 9106, Concord, Mass.

YOU ARE COMMANDED to have the body of Gabriel Hernandez–Date of Birth-8/19/65 now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 8, on the 3rd floor, Boston, Massachusetts on May 11, 2006, at 3:00 P. M.

for the purpose of Sentencing

in the case of   UNITED STATES OF AMERICA V.   Gabriel Hernandez

CR Number  04-cr-10290-001

And you are to retain the body of said   Gabriel Hernandez   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   Gabriel Hernandez   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 4



UNITE

SARAH A. THORNTON
CLERK OF COURT

By: /s/ George H. Howarth
Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)