UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CR. No. 04-10290-MEL |
| | ) | |
| v. | ) | |
| | ) | |
| GABRIEL HERNANDEZ | ) | |
| Defendant | ) | |
| | ) | |

**REQUEST FOR REAPPOINTMENT**

    Now comes the Defendant Gabriel Hernandez by and through his undersigned attorneys and hereby requests that Albert F. Cullen, Jr. be reappointed as defense counsel. In support of this motion the Defendant submits that the Bureau of Prisons has raised both classification and length of sentence issues which the Defendant believes are inconsistent with the Court's Judgment in this matter. The Defendant requires counsels' assistance in litigating these issues with the Bureau of Prisons.

    **GABRIEL HERNANDEZ**

    By his attorneys,

    /s/ *Albert F. Cullen, Jr.*

    BBO# 107900

    */s/ Albert F. Cullen, III*
    BBO#561223
    60 K Street
    Boston, MA 02127
Dated: October 10, 2007    (617) 268-2240

2

## CERTIFICATE OF SERVICE

    I, Albert F. Cullen, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 10th day of October, 2007.

                                                      /s/ *Albert F. Cullen, Jr.*
                                                      Albert F. Cullen, Jr.