UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br><br>　　v.<br><br>GABRIEL HERNANDEZ<br>　　　　Defendant | CR. No. 04-10290-MEL |

## **ORDER**

　　　　The Bureau of Prisons is hereby ordered to honor a writ of habeus corpus ad prosequendum issued by the Lowell District Court requesting the Defendant be transported to Lowell for trial on February 12, 2008. The Bureau of Prisons is ordered to transport the Defendant to Lowell District Court on February 12, 2008 in accordance with said writ.

Date:　　　　　　　　　　　　　　　　　　　　　　　The Honorable Justice Lasker
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge